# ELECTRONIC RECORD

320-15

COA #    03-12-00730-CR          OFFENSE:    19.02

STYLE:   Johnny Gabriel Castro v. The State
         of Texas                 COUNTY:     Travis

COA DISPOSITION:  Affirmed in part;
                  Vacated in part    TRIAL COURT:  403rd District Court

DATE: 03/13/15          Publish: NO    TC CASE #:    D-1-DC-12-904069


## IN THE COURT OF CRIMINAL APPEALS

STYLE:  Johnny Gabriel Castro v. The State
        of Texas                          CCA #:  320-15

_____APPELLANT'S_____ Petition            CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_____REFUSED_____                         JUDGE: _____

DATE: ___10/14/2015___                    SIGNED: _____     PC: _____

JUDGE: _____                PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**